**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6132

KELVIN J. MILES,

                    Plaintiff - Appellant,

          v.

GARY MAYNARD, Secretary of Public Safety and Correctional
Services; J. MICHAEL STOUFFER, Commissioner; SHARON BAUCOM,
Medical Director; PAMELA KNABLE, MCIH Medical Director; DR.
DOLPH ALEX DRUCKMAN,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Alexander Williams, Jr., District
Judge.  (8:09-cv-03211-AW)

Submitted:  May 23, 2014          Decided:  June 6, 2014

Before KEENAN, WYNN, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Kelvin J. Miles, Appellant Pro Se.  Stephanie Judith Lane-Weber,
Assistant Attorney General, Baltimore, Maryland; Philip Melton
Andrews, Ryan Alexander Mitchell, KRAMON & GRAHAM, PA,
Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin J. Miles appeals the district court's orders denying Miles' motion for leave to proceed in forma pauperis on appeal and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Miles v. Maynard, No. 8:09-cv-03211-AW (D. Md. May 9, 2013; Aug. 26, 2013). We deny the motion to amend the complaint and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED